IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOSEPH MOORE, on behalf of himself and all other similarly situated persons,<br><br>Plaintiffs<br><br>v.<br><br>WILSON LOGISTICS, INC.<br><br>Defendant | Case No. 6:21-cv-03212-BP |

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant, Wilson Logistics, Inc., hereby certifies *Defendant's Supplemental Responses to Plaintiff's Third Request for Production of Documents* and *Defendant's Supplemental Responses to Plaintiff's Second Request for Production of Documents* were served via electronic mail on the on the 1st day of December, 2023 to Attorneys for Plaintiff:

| | | |
|---|---|---|
| Garrett M. Hodes<br>Hodes Law Firm, LLC<br>6 Victory Lane, Suite 6<br>Liberty, MO 64068<br>Phone: 816.222.4338<br>Facsimile: 816.931.1718<br>Email: garrett@hodeslawfirm.com | Matthew R. Crimmins<br>Virginia Crimmins<br>Crimmins Law Firm, LLC<br>214 S. Spring Street<br>Independence, MO 64050<br>Phone: 816.974.7220<br>Facsimile: 855.974.7020<br>Email: m.crimmins@crimminslawfirm.com<br>Email: v.crimmins@crimminslawfirm.com | Hillary Schwab<br>Fair Work, P.C.<br>192 South Street, Suite 450<br>Boston, MA 02111<br>Phone: 617.607.3261<br>Facsimile: 617.488.32261<br>Email: hillary@fairworklaw.com |

Respectfully,

/s/ James C. Sullivan
James C. Sullivan, MO Bar # 38318
**FISHER & PHILLIPS LLP**
4900 Main Street, Suite 650
Kansas City, MO 64112
Phone: 816.842.8770
Facsimile: 816.842.8767
Email: jsullivan@fisherphillips.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st of December, 2023, the foregoing was served via the Court's ECF system to:

Garrett M. Hodes
Hodes Law Firm, LLC
6 Victory Lane, Suite 6
Liberty, MO 64068
Phone:  816.222.4338
Facsimile:  816.931.1718
Email:  garrett@hodeslawfirm.com

Hillary Schwab
Fair Work, P.C.
192 South Street, Suite 450
Boston, MA 02111
Phone:  617.607.3261
Facsimile:  617.488.32261
Email:  hillary@fairworklaw.com

Matthew R. Crimmins
Virginia Crimmins
Crimmins Law Firm, LLC
214 S. Spring Street
Independence, MO 64050
Phone:  816.974.7220
Facsimile:  855.974.7020
Email:  m.crimmins@crimminslawfirm.com
Email:  v.crimmins@crimminslawfirm.com

  /s/  *James C. Sullivan*
James C. Sullivan
Attorney for Defendant